UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>C. PFIEFFER,<br><br>　　　　　Respondent. | No. 1:23-cv-00095-CDB (HC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER DENYING PETITIONER'S REQUEST FOR RULING<br><br>ORDER DIRECTING RESPONDENT TO EFFECT SERVICE ON PETITIONER OF MOTION TO DISMISS<br><br>ORDER SETTING DEADLINE FOR PETITIONER TO RESPOND TO MOTION TO DISMISS |

　　　　Petitioner Adam Jay Stone ("Petitioner"), a state prisoner proceeding pro se, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 24, 2023. (Doc. 1). Because on preliminary review it was not clear from the face of the petition whether Petitioner was entitled to relief, on June 11, 2025, the Court ordered Respondent to file a response to the petition within 60 days of the date of service of the order. (Doc. 4). Respondents timely filed a motion to dismiss the petition on July 22, 2025. (Doc. 6). The proof of service accompanying the motion indicates it was mailed to Petitioner on July 21, 2025. (*Id.* at 11).

　　　　Petitioner failed to respond to the motion to dismiss. Accordingly, on August 27, 2025, the Court ordered Petitioner to show cause why sanctions should not be imposed for his failure to

1

comply with the Court's order setting a response deadline or, alternatively, to file his opposition to the motion to dismiss. (Doc. 7). On September 8, 2025, Petitioner filed a "Notice and Request for Ruling," indicating that as of September 3, 2025, he had not received Respondent's response and no response had been filed, such that the Court should grant the petition. (Doc. 8).

Petitioner is incorrect that Respondent failed to file a response given that Respondent timely filed a motion to dismiss. Thus, to the extent Petitioner asks the Court to grant his petition based on the alleged failure to respond, such relief is not warranted. However, since it appears Petitioner may not have received the motion to dismiss and in the interest of deciding this case on the merits, Respondent will be ordered to again serve a copy of the motion on Petitioner and file proof of service and Petitioner will be allowed an opportunity to file an opposition.

Accordingly, it is hereby **ORDERED:**

1. The order to show cause issued August 27, 2025 (Doc. 7) is **DISCHARGED**.
2. Petitioner's request that the Petition be granted based on Respondent's failure to respond (Doc. 8) is **DENIED**.
3. Within ten (10) days of this order, Respondent shall serve a copy of the motion to dismiss (Doc. 6) on Petitioner and promptly file proof of service thereof.
4. Petitioner's opposition to Respondent's motion to dismiss is due within thirty (30) days from the date of service of the motion to dismiss.

IT IS SO ORDERED.

Dated:  **September 9, 2025**

UNITED STATES MAGISTRATE JUDGE

2